# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 04-cv-2421-RPM-PAC

THE DAVIS WHITEHALL CO.      )
                    )

*Plaintiff,*                )
                    )

vs.                    )
                    )

YORK PRODUCTS, INC.,      )
NEWMARK OF COLORADO, INC.   )
a/k/a YORK PRODUCTS, INC., and  )
CALIFORNIA NEWMARK CASKET, INC. )
d/b/a YORK CASKET COMPANY,   )
                    )

*Defendants.*             )

---

## AMENDMENT TO SCHEDULING ORDER

---

Upon Stipulated Motion for Amendment to Scheduling Order jointly filed by Richard W. Hanes, Esq. of Hanes & Schutz, P.C., as counsel for the Plaintiff, and Patrick J. Russell, Esq. of Allen & Vellone, P.C., as counsel for the Defendants, and the Court having reviewed the pleadings and being otherwise advised in the premises, hereby amends the Scheduling Order dated March 4, 2005 as follows:

### 6. CASE PLAN AND SCHEDULE

b.   <u>Fact Discovery Cut-Off</u>:

The discover cut-off date is extended from July 30, 2005 until September 2, 2005 and the expert witness discovery cut-off is extended from September 30, 2005 until October 31, 2005.

1

c.   <u>Dispositive Motion Deadline</u>:

The date for filing all dispositive motions, including, without limitation, motions for summary judgment is extended from on or before October 29, 2005 until November 30, 2005.

d.   <u>Expert Witness Discovery Cut-Off</u>

(1) The anticipated fields of expert testimony are accounting and damages and copyright:

(2) The number of number of expert witnesses shall be limited to two (2) per party.

(3) The date that parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is extended from on or before July 30, 2005 until on or before August 30, 2005.

(4) The date that parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is extended from on or before August 30, 2005 until on or before September 30, 2005.

(5) Notwithstanding the provisions of Fed. R. Civ. P. 26(a)(2)(B), no exception to the requirements of the rule will be allowed by stipulation of the parties unless the stipulation is approved by the Court.

## 8. AMENDMENTS TO SCHEDULING ORDER

The Scheduling Order, as amended hereby, may be altered or amended only upon a showing of good cause.

## 9.   OTHER PROVISIONS

Except as amended or modified herein, all of the terms and provisions of the Scheduling Order shall remain in full force and effect. In the event of any conflicts between the terms of this Amendment and the terms of the Scheduling Order, the terms of this Amendment shall govern and control.

DATED   *August 2, 2005*

BY THE COURT:

Richard P. Matsch, Senior District Judge

AMENDMENT TO SCHEDULING ORDER
TENDERED FOR REVIEW:

/s/ Richard W. Hanes

HANES & SCHUTZ, P.C.
Richard W. Hanes, #1206
102 South Tejon Street, Suite 800
Colorado Springs, Colorado 80903-2239
Telephone:  719-260-7900
FAX: 719-260-7904
E-mail: rvh@hanesschutz.com
Attorney for Plaintiff The Davis Whitehall Co.

/s/ Patrick J. Russell

ALLEN & VELLONE, P.C.
Patrick J. Russell, 6452
1600 Stout Street, Suite 1100
Denver, Colorado 80202
Telephone:  303-534-4499
FAX: 303-893-8332
E-mail: prussell@allen-vellone.com
Attorney for Defendants York Products, Inc., Newmark of Colorado, Inc. and California Newmark Casket, Inc.