IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-02421-RPM

THE DAVIS WHITEHALL CO.,

       Plaintiff,

v.

YORK PRODUCTS, INC.,
NEWMARK OF COLORADO, INC.,
a/k/a YORK PRODUCTS, INC., and
CALIFORNIA NEWMARK CASKET, INC.,
d/b/a YORK CASKET COMPANY,

       Defendants.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that this case is ready to be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **May 23, 2006, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/rules frame.htm** (Appendix G).   In addition, the proposed Final Pretrial Order shall be submitted by **May 18, 2006,** via E-mail to **Matsch_Chambers@cod.uscourts.gov**.

Dated: March 28th, 2006

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge