**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-M-2421 (PAC)

THE DAVIS WHITEHALL CO.

    Plaintiff

v.

YORK PRODUCTS, INC.,
YORK PRODUCTS, INC. and
CALIFORNIA NEWMARKET CASKET, INC.
d/b/a YORK CASKET COMPANY,

    Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER coming before the Court on the Stipulation for Dismissal with Prejudice as filed by he Plaintiff, Davis Whitehall Co., and the Defendants, York Products, Inc., Newmark of Colorado, Inc. and California Newmark Casket, Inc., and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that all claims asserted by the Plaintiff against the Defendants in the pending litigation be and are hereby dismissed with prejudice, each party to bear its own costs and expenses.

DATED: March 30th, 2006.

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge